No. 6718.

SAMUEL LAWSON vs. Z. BRUEN.

Upon a motion to dismiss on the allegation that the judgment appealed from was rendered on confession, this court must of necessity test the question whether the answer was a confession.

When a first mortgagee buys the mortgaged property, the price being more than sufficient to pay his mortgage, and there are several mortgages posterior to his, one of whom takes a rule on him to pay his mortgage debt, the purchaser is entitled to have all these mortgagees called in to adjust and settle their respective claims and the precedence of them.

APPEAL from the Fifth District Court of New Orleans. ROGERS, J.

*De Grey* for Plaintiff.    *Elliott* for Defendant Appellant.

SPENCER J., delivered the opinion on the motion to dismiss, and EGAN, J., on the merits, reversing the judgment.

No. 6848.

SUCCESSION OF R. H. WOODS.    ON OPPOSITION OF CHUBBUCK ET AL.

A motion to dismiss for absence from the record of documents, which have been supplied under a *certiorari,* will be refused.

A stale demand, never made until after the death of the person against whose succession it is preferred, supported alone by parol testimony of the gravest violations of common honesty, charged against one whose good character and standing was unimpeached while living, will not be listened to.

Rule IX. of this court requires that printed statements of the points and authorities, upon which the applicant for rehearing relies, shall be filed in support of the petition for rehearing, and when not complied with the rehearing will be refused.

APPEAL from the Second District Court of New Orleans. TISSOT, J.

*E. C. Kelly* and *Rice* for the Administratrix.    *Bartlette* for Opponent Appellant.

MANNING, C. J., delivered the opinion on the motion to dismiss, EGAN, J., on the merits, and MANNING, C. J., on the application for rehearing.